**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In Re: | ) IN CHAPTER 7 PROCEEDINGS |
| | ) |
| CHEMETCO INC., | ) BK 01-34066 |
| | ) |
| Debtor. | ) |

## APPLICATION TO APPROVE SALES AGREEMENT

Comes now Donald M. Samson, trustee, in the above-referenced bankruptcy proceeding and files this Application to Approve Sales Agreement and shows as follows:

1. That Donald M. Samson is the duly appointed and acting successor trustee to Laura K. Grandy, trustee.

2. That Donald M. Samson, trustee, has entered into an agreement with Aspen Global Trading Inc. to sell unprocessed slag for $43.00 per metric ton with the first 1,000 metric tons being sold on a trial basis. The agreement provides that either party shall have the right to terminate the agreement upon thirty (30) days written notice with the caveat that all existing bookings shall be honored.

3. The material is sold "as is" with no representations or warranties with respect to metallic content or moisture content. A copy of the Agreement has been filed with the Court.

4. The Agreement is subject to the terms of the Order Granting Chapter 7 Trustee's Application to Approve Services Agreement entered May 17, 2017, which limits the amount of unprocessed slag that can be sold by the Estate to 15,000 metric tons.

5. The order entered May 17, 2017, approving the Services Agreement between the Estate, Diversified Mineral and Recovery LLC (Diversified) and All Purpose Steel Recovery and Remediation (APSRR) provided for APSRR to loan to the Estate funds to pay the Estate's operational overhead costs during the construction phase of the mechanical and chemical processing plants as no significant revenue would be received by the Estate until the plants were operational.

6. The sales to Aspen will provide the Estate with funds to supplement the funds borrowed from APSRR which will reduce the need for borrowing funds from APSRR, provide funds to pay old past due bills not provided for under the borrowing agreement with APSRR and make contractual distributions to Diversified during the construction of the mechanical and chemical processing plants by APSRR.

7. This Agreement is subject to approval by the Bankruptcy Court.

**WHEREFORE** Donald M. Samson, trustee, prays that Application to Approve Sales Agreement with Aspen Global Trading Inc. be granted and for such further relief as this Court deems just and equitable.

DATE: 5/19/17

/s/ Donald M. Samson
DONALD M. SAMSON, Trustee
226 West Main Street, Suite 102
Belleville, IL  62220
618-235-2226

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 19th day of May, 2017, a copy of the foregoing document, Application to Approve Sales Agreement, was served upon the following electronically or by first class mail, postage prepaid:

SEE ATTACHED MAILING MATRIX

/s/ Tara Schaefer

Michelle Kerr
US EPA Region 5 Superfund Division
Remedial Project Manager
77 W. Jackson Blvd. SRF 6J
Chicago, IL  60604

Erin Rednour
State Project Coordinator
Illinois EPA RPMS/BOL
1021 N. Grand Ave. East
Springfield, IL  62794-9276

AT&T Corp.
P O Box 105068
Atlanta, Ga  30348-5068

ATEC Inc.
1188 Walters Way Ln.
St. Louis, MO  63132

Americredit
C/o Alice Whitten
4000 Embarcadero
Arlington, TX  76014

W. David Arnold
4 Seagate, 9th Floor
Toledo, OH  43604-2638

Donald A. Baerveldt
566 First Capitol Dr
St. Charles, MO  63301

Robert M. Bailey
600 Cumberland Ave., Ste. 218
P.O. Box 2189
Knoxville, TN  37901

Victor Bass
Burns & Levinson
125 Summer St.
Boston, MA  02110

James J. Bentivoglio
Rabbit Pitzer and Snodgrass PC
100 S. 4th St.
St. Louis, MO  63102

Corey S. Berger
Berger Cohen and Brandt LC
8000 Maryland Ave., ste. 1550
St. Louis, MO  63105

Stephen T. Bobo
Sachnoff and Weaver Ltd.
300 S. Wacker Dr., Ste. 2900
Chicago, IL  60601

Terry A. Bond
231 S. Bemiston, Ste. 111
Clayton, MO  63105

Stephen C. Bongini
3000 Alton Road
Miami, FL  33140

Larry R. Boyd
1700 Redbud Blvd., Ste. 300
McKinney, TX  75070

James W. Brewer
P.O. Drawer 2800
El Paso, TX  79999-2800

Charles E. Brown
5825 Delphi Dr.
M/C 480-410-254
Troy, MI  48098-2815

Cardiology Specialists, PC
3023 N. Ballas Road, Ste. 400
St. Louis, MO  63131

Patrick W. Carothers
301 Grant St., 14th Floor
Pittsburgh, PA  15219-1425

Cemco, Inc.
P.O. Box 1849
Belen, NM  87002

Daniel Cohen
258 Genesee St., Ste. 205
Utica, NY  13502

Jillian E. Colby
681 Wallis Road
Rye, NH  03870

John R. Colter
Av Roble No 300 Suite 1404
Col Valle de Campreste
Sand Predro Garza Garcia
Monterrey, NL
Mexico

Control Air Inc.
926 Pavillion Dr.
St. Louis, MO  63141

Phillip A. Couri
Couri and Couri
552 Lincoln Avenue
Winnetka, IL  60093

Mitchell J. Dawson
9454 Wilshire Blvd. Penthouse Suite
Beverly Hills, CA  90212

Kenneth R. Diel
852 Cambridge Blvd., Ste. 100
O'Fallon, IL  62269

Millicent A. Dohr
Copeland Thompson Farris PC
The Bemiston Tower
231 S. Bemiston, Ste. 1220
Clayton, MO  63105

Phyllis B. Dolinko
230 S. Dearborn St., Room 844
Chicago, IL  60604

David F. Farrell
Thompson Coburn LLC
1 US Bank Plaza, Ste. 3500
St. Louis, MO  63101

Federal Mogul Corporation
26555 Northwestern Hwy
Southfield, MI  48033-2146

R. Emmett Fitzgerald
401 Market St.
P.O. Box 130
Alton, IL  62002

Sidney J. Flyte
399 Barnett Dr.
Edwardsville, IL  62034-1621

Alan G. Gerson
168 N. Meramec Ste. 400
St. Louis, MO  63105

Michael A. Green
Real Estate Analysts, Ltd.
6255 Knox Industrial Dr.
St. Louis, MO  63139

Francis Wm Henkels
Roth & Henkels
1400 University Ave., Ste. D
Dubuque, IA  52001

Elliot H. Herskowitz
P.O. Box 626
New York, NY  10024-0540

M. Joseph Hill
P O Box 647
Edwardsville, IL  62025

Timothy C. Hinrichs
476 S. Prairie
Bethalto, IL  62010

John R. Hoopes
Hoopes & Adams, PLC
2410 W. Ray Rd., Ste. 1
Chandler, AZ  85224

Hoopes and Assoc., P.C.
9120 Watson Rd.
St. Louis, MO  63126

John J. Jabouri
Schowalter and Jabouri
11878 Gravois Road
St. Louis, MO  63127

Michael S. Jan Janin
2222 W. Grandview Blvd.
Erie, PA  16506-4508

Anthony F. Jeselnik
US Steel Tower 15th Floor, 600 Grant St.
Pittsburgh, PA  15219-2800

Justin J. Johl
2555 Grand Blvd.
Kansas City, MO  64108

Jeffrey W. Kelley
Troutman Sanders LLP
5200 Bank of America Plaza
600 Peachtree St. N.E.
Atlanta, GA  30308-2217

Lisa R. Kernan
Korein Tillery
505 N. 7th St., Ste. 3600
St. Louis, MO  63101

David H. Kimmle
1400 E. Tremont St.
Hillsboro, IL  62049

Labarge Products, Inc.
3445 Bent Ave.
St. Louis, MO  63116

Lakeside Metals Inc.
15000 Miles Ave
Cleveland, OH  44128

David A. Lander
1 Firstar Plaza, Ste. 3200
St. Louis, MO  63101

Caren A. Lederer
2 N. LaSalle St., Ste. 1300
Chicago, IL  60602

Mary E. Lopinot
Mathis Marifian and Richter
23 Public Square, Ste. 300
P.O. Box 307
Belleville, IL  62220

Penni S. Livingston
5701 Perrin Road
Fairview Heights, IL  62208

Michael P. Mallaney
Hudson Mallaney & Shindler
5015 Grand Ridge Dr., Ste. 100
W. Des Moines, IA  50265

Daniel J. McMahon
Wilson Elser Moskowitz Edelman & Dicker
55 W. Monroe St., Ste. 3800
Chicago, IL  60603-5016

Harvey D. Mervis
Hinman, Howard & Kattell, LLC
700 Security Mutual Bldg, 80 Exchange St.
P.O. Box 5250
Binghamton, NY  13902-5250

Robert L. Murphy
Papernick and Gefky LLC
1 Oxford Centre, 34th Floor
Pittsburgh, PA  15216

James Nativi
2418 Bloomer Dr
Alton, IL  62002

Michael J. Nester
8 E Washington St
Belleville, IL  62220

| | | |
|---|---|---|
| Norfolk Southern Railway<br>3 Commercial Place<br>Norfolk, VA  23510 | Michael P. O'Neil<br>1 Indiana Square, Ste. 3500<br>Indianapolis, IN  46204 | Robert Padjen<br>5290 Dtc. Parkway, Ste. 150<br>Greenwood, CO  80111 |
| Joseph G. Pattan<br>3314 Godfrey Road<br>Godfrey, IL  62035 | Francis E. Pennington<br>7733 Forsyth Blvd.<br>St. Louis, MO  63105 | Petag Corporation<br>P.O. Box 15651<br>Houston, TX  77220 |
| William R. Piper<br>211 N. Broadway, Ste. 1270<br>St. Louis, MO  63102-2733 | Richard A. Princic<br>P.O. Box 24213<br>Canton, OH  44701-4213 | Steven Reisman<br>Curtis Mallet-Prevost Colt & Mosle, LLP<br>101 Park Ave<br>New York, NY  10178-0061 |
| Jeremy L. Retherford<br>Balch and Bingham LLC<br>1901 6th Ave North Ste. 2600<br>P.O. Box 306 (35201-0306)<br>Birmington, AL  35203-2628 | Dennis E. Rose<br>8 E. Washington St.<br>Belleville, IL  62220 | Davina Rukavina<br>Munsch Hardt Kopf & Harr PC<br>3800 Lincoln Plaza<br>500 N. Akard St.<br>Dallas, TX  75201-6659 |
| Allyson B. Russo<br>222 N. LaSalle St., Ste. 2600<br>Chicago, IL  60601-1003 | James E. Ryan<br>500 S. 2nd Street<br>Springfield, IL  62706 | John H. Schaeffer<br>225 N. Market St.<br>Wooster, OH  44691 |
| Sheila R. Schwager<br>Hawley Troxell Ennis and Hawley LLC<br>877 Main St., Ste. 1000<br>P.O. Box 1617<br>Boise, ID  83701-1617 | Jason R. Searcy<br>P.O. Box 3929<br>Longview, TX  75606 | Garry Seltzer<br>222 S. Central Ave., Ste. 1004<br>Clayton, MO  63105 |
| Sherbut-Carson & Associates, P.C.<br>4 Meadow Heights Professional Park<br>Collinsville, IL  62234 | Office of the U.S. Trustee<br>Beker Building, Room 1100<br>401 Main Street<br>Peoria, IL  61602 | Robert A. Simon<br>3815 Lisbon St.<br>Ft. Worth, TX  76107 |
| Eric J. Spett<br>Munsch Hardt Kopf & Harr PC<br>3800 Lincoln Plaza<br>500 N. akard st.<br>Dallas, TX  75201-6659 | Jack B. Spooner<br>7733 Forsyth Blvd, Ste. 2000<br>St. Louis, MO  63105-1868 | Randall S. Strause<br>804 Stone Creek Pkwy, Ste. One<br>Louisville, KY  40223 |
| Jay E. Sushelsky<br>601 E Street NW<br>Washington, DC  20049 | John Tarrell<br>Minor & Tarrell<br>2002 Central Ave.<br>P.O. Box 2084<br>Kearney, NE  68848-2084 | Myron Hanna<br>530 Fullerton Rd.<br>Swansea, IL  62226 |
| William H. Thompson<br>4903 E. Carson St.<br>Pittsburgh, PA  15207 | Walter W. Timm<br>222 S. Central<br>St. Louis, MO  63105 | Trucks-For-You, Inc.<br>P.O. Box AH<br>Muskogee, OK  74402 |

Michael S. Tucker
1300 E. 9th St., Ste. 900
Cleveland, OH  44114-1583

Universal Engineering and Electric Corporation
2227 S. State Route 157
Edwardsville, IL  62025

Daina B. VanDervort
9200 South Hills Blvd.
Ste. 300
Cleveland, OH  44147-3524

Louis A. Vlasaty
7711 Bonhomme, Ste. 740
St. Louis, MO  63105

Kimberly Luff Wakim
301 Grant St., 14th Floor
Pittsburgh, PA  15219-1425

Brian C. Walsh
One Atlantic Center, 14th Floor
1201 Peachtree St. N.W.
Atlanta, GA  30309

William J. Walsh
1 Riverfront Plaza, Ste. 1400
Louisville, KY  40202

W. Clark Watson
Balch and Bingham LLP
1901 6th Ave. North, Ste. 2600
P.O. Box 306 (35201-0306)
Birmingham, AL  35203-2628

Matthew M. Wawrzyn
Winston & Strawn LLP
311 S. Wacker Dr., Ste. 4400
Chicago, IL  60606

Jeffrey H. Weir
6055 Park Square Drive
Lorain, OH  44053

Wideman Engineering, LLC
P.O. Box 1725
Washington, MO  63090

Stephen R. Winship
100 N. Center 6th Floor
P.O. Box 548
Caspter, WY  82602

Ronald E. Yarbrough
392 Windridge
Collinsville, IL  62234

Jeffrey A. Yeager
2843 Hollow Cove Ct.
Columbus, OH  43231-1698

Felipe Zavala
5809 Acacia Circle
El Paso, TX  79912

Sharyn B. Zuch
Wiggin and Dana LLP
1 City Place, 185 Asylum St.
Hartford, CT  06103-3402

George von Stamwitz
7700 Forsyth Blvd., Ste. 1800
St. Louis, MO  631021847

Chief Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Re: 90-5-1-1-4516
Washington, DC  20044

Thomas Martin
Associate Regional Counsel
U.S. EPA, Region 5
77 West Jackson Blvd.
Chicago, IL  60604-3590

Gregory L. Sukys
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, DC  20044

Chris Cahnovsky
Environmental Office-IL EPA
2900 Mall Street
Collinsville, IL  62234

Jim Kropid
Illinois EPA
1021 N. Grand Ave. E
Springfield, IL  62702

Chemetco, Inc.
3754 Chemetco Ln.
Hartford, IL  62048

Steve Zubor-SIOR
Industrial Specialisst
BarberMurphy Group, Inc.
1173 Fortune Blvd.
Shiloh, IL  62269

Jack A. Simms
Cegasa USA
500 Lake Cook Rd.Ste. 350
Deerfield, IL  60025-5268

Michael E. DeRienzo
Kahn, Dees, Donovan & Kahn, LLP
P O Box 3646
Evansville, IL  47735-3646