# ASPEN GLOBAL TRADING INC.

17800 Castleton St., Ste. 690
City of Industry, CA 91748-1749
Tel: 626-288-3966
Fax: 626-628-3133

May 5th, 2017
Place: Hartford, IL
Purchase Order No. AGTI-00001

## AGREEMENT

Estate of Chemetco, Inc. (the "Seller"), 3754 Chemetco Lane, Hartford, IL 62048 (the "Premises"), agrees to sell, and Aspen Global Trading Inc. (the Buyer") (Buyer and Seller are collectively the "Parties") agrees to buy the following product based on the following terms and conditions set forth below in this agreement ("Agreement"):

1. **PRODUCT**

    Commodity:  Copper Mixed Slag
    Specification:  "As is" Copper Mixed Slag 0-12 inches

    Form:  Sized (0-12")

2. **QUANTITY**

    Buyer agree to purchase 1000 metric tons as a trial order and upon receipt and processing (40-50 days) of the material. Upon the material meeting the quality analysis, the parties will agree to a schedule to commence full time shipments.
    Buyer is purchasing the subject material located on the Premises. Buyer is purchasing up to approximately 30,000 metric tons (+/- 25%) (or more, if mutually agreed) of the Commodity on a non-exclusive basis, as reasonably available by Seller. Buyer and Seller have the right to terminate this Agreement upon thirty (30) days written notice; however, all existing bookings shall be honored. Buyer will issue notice to seller at the beginning of each month for the total quantity of "as is slag" to make available by seller for the container loading each month. The quantity loaded will be contingent on the availability of containers.

6830346.5

3. **SHIPMENT**

First shipment shall occur after approval of this Agreement by the U.S. E.P.A. and the U.S. Bankruptcy Court.

4. **DELIVERY**

EXW bulk loaded in plastic-lined containers or trucks at the Premises. Seller shall load approximately 20 metric tons (maximum over the road weight is 44,000 LBS) in each container or each truck. Seller to provide plastic lining and bulkhead if required by shipping and or logistics company. Buyer and Seller shall agree on the shipping schedule (including schedule for delivery of containers and loading containers), and any party shall be liable for its failure to adhere to the agreed upon schedule, for the payment of damages for downtime and demurrage. Each party shall promptly notify the other of any alleged failure to adhere to the shipping schedule.

5. **DURATION**

The duration of this Agreement shall be from May 2017 until the subject material is no longer available. This Agreement may be extended upon mutual written agreement by the Parties.

6. **PRICE**

The price shall be USD $43.00 per metric ton on an EXW basis; Seller will load material on containers provided by Buyer. Seller will provide to buyer a certified scale ticket and seal number for each loaded container.

7. **PAYMENT**

The Buyer shall pay 100% of the $43.00 per metric ton price within 5 business days of invoice. This payment term also includes 5 business days payment for the 1000 metric tons trial load.

8. **QUALITY**

The material is being sold "as is" with no representations or warranties whatsoever with respect to any condition, including metallic and moisture content. The material shall be free of debris such as wood, plastics, refuse or any other non-slag waste.

9. **FORCE MAJEURE**

In the event of any strike, act of God, war, war like operations, lock out, combination of workmen, interference of Trade Unions, suspension of labor, fire, accident, lack of railroad or sea-borne freight facilities or delays en route, or any other cause whatsoever beyond the reasonable control of Seller or Buyer or receiving smelter, whether the foregoing nature or not, preventing or hindering them, or either of them, from giving, receiving or smelting respectively, then the delivery under this contract shall be suspended during such time provided always that written notice shall be given of any such inability by either party contracting hereto and any outstanding advance payment made by Buyer shall nevertheless be repaid by Seller after the expiration of 90 (ninety) calendar days from the date of issuance of such notice.

In the event of such suspension of deliveries under this contract by Seller or Buyer or receiving smelter after giving notice under this clause, the contract shall each time be extended for a period equal to the period of suspension. If such period of suspension extends for more than 3 (three) months, the party having received the notice of suspension shall always have the right to cancel the lost quantity by giving notice to this effect to the other party. Except by the written agreement of both parties, force majeure declared by one party will not apply to any concentrate for which pricing has been established, or vessel space has been booked, or the quotational period is running or any advance payment has been made.

10. **TITLE AND RISK**

Title and risk will pass from Seller to Buyer upon receipt of the Payment by Seller.

11. **NOTICES**

All notices, requests and other communications hereunder shall be in writing and shall be deemed to have been duly given or made when sent by first class mail, postage prepaid, addressed:

6830346.5

If to BUYER:

Joanne Zhang
President
Aspen Global Trading Inc.
17800 Castleton St.
City of Industry, CA 91748-1749

and if to SELLER:

Estate of Chemetco
Donald M. Samson, Trustee
226 W. Main St., Suite 102
Belleville, IL 62220
Email:  donsam1947@gmail.com

and

Elliott G. Stegin
Chairman
Diversified Minerals & Recovery, LLC
8105 Irvine Center Drive, Suite 1280
Irvine, California 92618
Cell :   949.939.5543
Office:  949.872.2165
Email:  egstegin@att.net

and

Daniel C. Nester
Partner
Bryan Cave LLP
One Metropolitan Square, Suite 3600
St. Louis, Missouri  63102-2750
Tel:    314-259-6555
Cell:   314-705-6555
Fax:    314-552-8555
Email:  dcnester@bryancave.com

or, in each case, at other such address as may be hereafter or has been designated most recently in writing by the addressee to the addressor.  Any notice given hereunder may be given by electronic mail ("email") or facsimile ("telefax") and confirmed by mail in due course in which case such notice shall be deemed given or served when sent in telegraphic form.

12.    SUCCESSION



6830346.5

This Agreement shall bind and inure to the benefit of the parties hereto, their legal representatives, successors and assigns. This Agreement shall not be assignable by either party hereto without the written consent of the other. Such consent shall not be unreasonably withheld.

13. **JURISDICTION AND GOVERNING LAW**

The construction, validity and enforcement of this contract, including arbitration, shall be governed by and construed in accordance with, the laws of Illinois. The parties irrevocably agree that the US Bankruptcy Court for the Southern District of Illinois shall have exclusive jurisdiction to settle any dispute arising out of or in connection with this Agreement.

14. **WAIVER**

Waiver of any breach of any provision hereof shall not be deemed to be a waiver of any other provision hereof or of any subsequent breach of such provision.

15. **CERTIFICATE OF RECYCLING**

In order to comply with the U.S. E.P.A. requirements, Buyer shall provide Seller a certificate of recycling from the refinery or processor. This certificate shall state and confirm that all of the product will be fully recycled in an environmentally compliant manner.

16. **EXECUTION OF THIS AGREEMENT**

This Agreement may be executed in counterparts, each of which is considered valid and binding. The executed Agreement may be exchanged via email, telefax, or mail. This Agreement will only become binding upon the Parties when executed and/or sealed by both Parties.

17. **AMENDMENTS OR MODIFICATIONS**

Any amendment or modification to this Agreement will only be valid and binding upon the Parties if it is in writing and is executed and/or stamped by both Parties.



6830346.5

ESTATE OF CHEMETCO INC.

By _____

ASPEN GLOBAL TRADING INC.

By _____

6830346.5