# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| ) | In Proceedings Under Chapter 7 |
| CHEMETCO, INC.; ) | |
| ) | |
| Debtor. ) | |
| ) | Cause No. 01-BK-34066 |
| ) | |

## CREDITOR ACTIVE HOLDINGS GROUP, INC.'S LIMITED OBJECTION TO APPLICATION FOR COMPENSATION AND REIMBURSEMENT [DOC. #2086]

COMES NOW Creditor Active Holdings Group, Inc. ("AHG"), by and through its attorneys Sandberg Phoenix & von Gontard P.C., pursuant to this Court's objection deadline docket order dated December 16, 2021, and for its Limited Objection to Trustee Donald Samson's Twentieth Application for Compensation and Reimbursement dated December 16, 2021 [Doc. #2086], states as follows:

1. AHG is an administrative creditor to the Estate of Chemetco, Inc. ("Estate"). On July 16, 2021, this Court approved a compromise settlement between AHG and the Estate, under the Estate promised to pay AHG a total of $778,000, payable as follows: (a) $30,000 to be paid within five days of Court approval, (b) $22,000 per month, commencing December 1, 2021, for a total of thirty-six consecutive months, and (c) any remaining amounts due and owing on or before December 31, 2024 [Doc. 2078].

2. The Estate is currently delinquent on its settlement payment obligations to AHG under the Settlement Agreement. Specifically, the Estate has failed to make both the first and second required monthly payments of $22,000, due on December 1, 2021 and January 1, 2022 respectively.

3. The basis for the Trustee's refusal to make the required payment The Trustee informed AHG through counsel "the Estate's cash flow does not permit payment of the payment

16484417.v1

due on December 1, 2021 in the amount of $22,000.00." See counsel email correspondence, attached as *Exhibit 1*. The Trustee has represented to the Court during hearing on January 6, 2022 that it does not have sufficient funds at present to pay its settlement obligations, has no current buyers for the copper products being harvested by the Estate, and it is in arrears on other payment obligations to creditors.

4. Nevertheless, the Trustee submitted the instant application in order to compensate and reimburse in whole Kerber, Eck & Braeckel for accounting services to the Estate.

5. The Trustee should not be permitted to compensate its preferred vendor while delinquent on its settlement obligations to AHG, also an administrative creditor. Therefore, AHG submits this objection.

6. AHG does not object to the application for compensation and reimbursement to Kerber, Eck & Braeckel in whole. Rather, AHG objects only to the extent the application will permit the Trustee to compensate Kerber, Eck & Braeckel while the Estate is delinquent on its settlement obligations with AHG. In the event the Estate is unable to pay both creditors – AHG and Kerber, Eck & Braeckel – payment to each should be made on a pro rata basis, based on the accrued obligations owed.

WHEREFORE, Administrative Creditor Active Holdings Group, Inc. hereby respectfully requests this Court enter an Order denying Trustee Donald Samson's Application to Compromise Controversy dated December 16, 2021 [Doc. #2086] as submitted, requiring the Trustee and Estate become current with all obligations under the AHG Settlement prior to rendering any payment Kerber, Eck & Braeckel, and for such further relief as this Court deems just and proper under the circumstances.

16484417.v1

SANDBERG PHOENIX & von GONTARD P.C.

By: */s/ Scott Greenberg*
Scott Greenberg, MO Bar #33575
Clayton Kuhn, IL Bar #6298490
Benjamin R. Wesselschmidt, IL Bar #6326045
600 Washington Avenue - 15th Floor
St. Louis, MO  63101-1313
314-231-3332
314-241-7604 (Fax)
sgreenberg@sandbergphoenix.com
ckuhn@sandbergphoenix.com
bwesselschmidt@sandbergphoenix.com

*Attorneys for Defendant Active Holdings Group, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of January, 2022, a copy of the above and foregoing was electrically filed with the United States Bankruptcy Court, Southern District of Illinois, pursuant to the Case Management/Electronic Case Filing system of the Court, and electronic notice of such filing was served by the Office of the Clerk upon parties in interest registered in such Case Management/Electronic Case Filing system with respect to this case.

*/s/  Scott Greenberg*

**From:** Donald Samson <donsam1947@gmail.com>
**Sent:** Thursday, December 9, 2021 11:49 AM
**To:** Scott Greenberg <sgreenberg@sandbergphoenix.com>
**Cc:** Laura Schrick <lschrick@mmrltd.com>; Nester, Daniel <dcnester@bclplaw.com>; Bill Niehoff <wniehoff@mmrltd.com>
**Subject:** Fwd: Chemetco Inc., et al v. Active Holdings Group, Inc., et al [SPVG-LIB1.FID1863144]

Scott:

The estate is currently late on $75,000.00 in payments that cannot be paid with any of the funds from the ECG prepayment for loads and has insufficient funds in the non-restricted account to currently meet these obligations.

We are working on solutions to our current cash crunch.

With best regards,
Donald M. Samson, trustee


---------- Forwarded message ---------
From: **Scott Greenberg** <sgreenberg@sandbergphoenix.com>
Date: Wed, Dec 8, 2021 at 11:36 AM
Subject: RE: Chemetco Inc., et al v. Active Holdings Group, Inc., et al [SPVG-LIB1.FID1863144]
To: Donald Samson <donsam1947@gmail.com>
Cc: Laura Schrick <lschrick@mmrltd.com>, Bill Niehoff <wniehoff@mmrltd.com>, Nester, Daniel <dcnester@bclplaw.com>, Clayton G. Kuhn <ckuhn@sandbergphoenix.com>, Benjamin R. Wesselschmidt <bwesselschmidt@sandbergphoenix.com>


Hi Don


Would you please respond to this email?  Thx.




Scott Greenberg
Shareholder
600 Washington Avenue, 15th Floor
St. Louis, MO 63101
sgreenberg@sandbergphoenix.com
Tel: 314.231.3332 | Direct: 314.446.4277 | Fax: 314.241.7604
http://www.sandbergphoenix.com

CONFIDENTIALITY NOTICE: This e-mail message and any attachments are confidential, and may contain information that is privileged, attorney-client communication or work product. If you have received this communication in error, please immediately notify the sender at 314-231-3332 or by reply e-mail, and delete this e-mail message and any attachment(s) from your system.

---

**From:** Scott Greenberg
**Sent:** Thursday, December 2, 2021 9:52 AM
**To:** Donald Samson <donsam1947@gmail.com>
**Cc:** Laura Schrick <lschrick@mmrltd.com>; Bill Niehoff <wniehoff@mmrltd.com>; Nester, Daniel <dcnester@bclplaw.com>; Clayton G. Kuhn <ckuhn@sandbergphoenix.com>; Benjamin R. Wesselschmidt <bwesselschmidt@sandbergphoenix.com>
**Subject:** RE: Chemetco Inc., et al v. Active Holdings Group, Inc., et al [SPVG-LIB1.FID1863144]


Thank you Don.  Please provide proof of this and some analysis of when payment will be made.




Scott Greenberg
Shareholder
600 Washington Avenue, 15th Floor
St. Louis, MO 63101
sgreenberg@sandbergphoenix.com
Tel: 314.231.3332 | Direct: 314.446.4277 | Fax: 314.241.7604
http://www.sandbergphoenix.com

CONFIDENTIALITY NOTICE: This e-mail message and any attachments are confidential, and may contain information that is privileged, attorney-client communication or work product. If you have received this communication in error, please immediately notify the sender at 314-231-3332 or by reply e-mail, and delete this e-mail message and any attachment(s) from your system.

---

**From:** Donald Samson <donsam1947@gmail.com>
**Sent:** Tuesday, November 30, 2021 1:52 PM

**To:** Scott Greenberg <sgreenberg@sandbergphoenix.com>
**Cc:** Laura Schrick <lschrick@mmrltd.com>; Bill Niehoff <wniehoff@mmrltd.com>; Nester, Daniel <dcnester@bclplaw.com>
**Subject:** Chemetco Inc., et al v. Active Holdings Group, Inc., et al


Pursuant to the terms of the order entered July 16, 2021 by the Bankruptcy Court approving the Settlement Agreement and Mutual Agreement and Release this is to advise that the Estate's cash flow does not permit payment of the payment due December 1, 2021 in the amount of $22,000.00.


Yours very truly,

DONALD M. SAMSON, Trustee
226 W. Main St., Ste. 102
Belleville, IL 62220
Phone: 618-235-2226
Fax: 618-235-0037

************************************************************************

CONFIDENTIALITY: This electronic mail transmission contains confidential information. The transmission contains information that may be protected under the attorney-client privilege, work product doctrine, joint defense privilege, and/or other recognized privileges or protections under the law. The email is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or disseminating, and notify the sender by reply e-mail or by calling 618-235-2226, so that our address record can be corrected.


--
DONALD M. SAMSON, Trustee
226 W. Main St., Ste. 102
Belleville, IL 62220
Phone: 618-235-2226
Fax: 618-235-0037

************************************************************************

CONFIDENTIALITY: This electronic mail transmission contains confidential information. The transmission contains information that may be protected under the attorney-client privilege, work product doctrine, joint defense privilege, and/or other recognized privileges or protections under the law. The email is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or disseminating, and notify the sender by reply e-mail or by calling 618-235-2226, so that our address record can be corrected.