## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re: | ) IN CHAPTER 7 PROCEEDINGS |
| | ) |
| CHEMETCO INC., | ) BK 01-34066 |
| | ) |
| Debtor. | ) |

### APPLICATION FOR AUTHORITY TO SELL REAL PROPERTY

TO:   HON. WILLIAM V. ALTENBERGER, U. S. Bankruptcy Judge

The application of Donald M. Samson, trustee, respectfully alleges:

1. Your applicant, Donald M. Samson, is the duly appointed and acting successor trustee in the above captioned matter.

2. Among the property of the estate is the following described real estate:

Parcel Number 18-1-14-16-00-000-007
Parcel Number 18-1-14-15-00-000-024
Parcel Number 18-1-14-16-00-000-006
Parcel Number 18-1-14-15-00-000-023
Parcel Number 18-1-14-16-00-000-005
Parcel Number 18-1-14-15-00-000-022
Parcel Number 18-1-14-15-00-000-021
Parcel Number 18-1-14-15-00-000-020

And portions of:

Parcel Number 18-1-14-16-00-000-004
Parcel Number 18-1-14-15-00-000-028
Parcel Number 18-1-14-15-00-000-026

Containing 124.10 acres more or less, in Madison County, Illinois.

3. The property is vacant land currently used for farming subject to an oral year to year lease. The property is separated from the 41 acre site of the Chemetco plant by vacant land and New Poag Road. In addition to the 41 acre site, the Estate of Chemetco will retain after the proposed sale approximately 182 acres of mixed farm land and wetlands.

4. The Trustee has entered into a Real Estate Sale Agreement (Sale Agreement) with LKQ Midwest, Inc. (LKQ), for the sale of the real estate for a purchase price of $31,250.00 per acre (approximately $3,878,125.00), with a $50,000.00 earnest money deposit.  A copy of the Sale Agreement has been filed with the Court.

5. Mirly, LLC which is affiliated with Biotech Ventures LLC, holder of the mortgage on the Chemetco real estate to be sold, is the owner of the following described real estate adjacent to the real estate described in paragraph 2:

approximately one (1) acre comprised of Madison County parcel 18-1-14-16-00-000-006 and Madison County parcel 18-1-14-15-00-000-024.

6. At closing Mirly will transfer to LKQ the real estate described in paragraph 5 for a purchase price of $35,000.00.

7. The purchase of the adjacent Mirly parcel is included as part of the sale of the 124.10 acre parcel as a condition by LKQ of the sale of the 124.10 acre property.

8. The following are additional conditions of the sale of the subject real estate to LKQ required by LKQ:

   a) Closing of a sale of an approximately 1.5 acre lot Parcel # 18-1-14-15-00-000-025 adjoining the subject Chemetco real estate from Edwards L. Bueker and Marcus R. Bueker to John Harvison

   b) Closing of a sale of the property at 3549 New Poag Road, Hartford, IL Parcel # 18-1-14-16-00-000-005 comprising .96 acres more or less from Edward L. Bueker to LKQ.

   Neither sale affects the sale of the Chemetco real estate but are conditions of the sale to LKQ due to the proximity of the two parcels to the 124.10 acre Chemetco property.

9. The Sale Agreement further provides for Buyer to have a due diligence period of 90 days during which time the Buyer may conduct inspections and seek governmental approvals, permits and licenses and during which the Buyer shall receive a full refund of its earnest money should it decide not to pursue the purchase of the real estate.  The Sale Agreement further provides for a 60 day extension of the due diligence period, if needed, for obtaining the government approvals, permits and licenses.

10. The sale is subject to a broker's commission of six (6%) percent to be paid at closing to Seller's broker BarberMurphy Group.

11. Conveyance to Buyer will be by Trustee's Deed with restrictions as required by the Consent Decree approved by order of the U.S. District Court entered September 13, 2013.

12. Buyer shall use the property for its business purposes, to the extent the same is permitted by applicable law and zoning regulations.

13. The subject real estate is subject to a mortgage in favor of Biotech Ventures LLC which has provided funding for the acquisition of equipment and operations at the Chemetco site with a balance due in excess of the sale price to be paid to the Estate by LKQ.

14. In order to sell the real estate and convey clear title to Buyer, after payment of the broker's fees set forth in paragraph 5 of this application, payment of costs of sale including, but not limited to, real estate taxes and closing costs, the remaining funds will be paid to Biotech Ventures LLC and Biotech Ventures will provide a partial release of its mortgage at closing.

15. The sale of the subject real estate is subject to approval by the United States Bankruptcy Court.

**WHEREFORE,** your trustee prays that this Application for Authority to Sell Real Property be granted, that Donald M. Samson, trustee, be authorized to convey the subject real estate pursuant to the terms of the Real Estate Sale Agreement and for such further relief as this Court deems just and equitable.

DATE: 8/16/2023

/s/ Donald M. Samson  
DONALD M. SAMSON, Trustee  
226 W. Main St., Ste. 102  
Belleville, IL  62220  
618-235-2226

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 16th day of August, 2023, a copy of the foregoing document, Application for Authority to Sell Real Property, was served upon the following either electronically or by first class mail, postage prepaid:

SEE ATTACHED MAILING MATRIX

/s/ Tara Schaefer