**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: | ) | IN CHAPTER 7 PROCEEDINGS |
| | ) | |
| CHEMETCO INC., | ) | BK 01-34066 |
| | ) | |
| Debtor. | ) | |

**INTERROGATORIES DIRECTED TO GARNISHEE**

TO:   The Corporation Trust Company, Registered Agent
      The Charles Schwab Corporation
      Corporate Trust Center
      1209 Orange Street
      Wilmington, DE 19801

NOTE: This garnishment is directed to any and all property belonging to and assets of Abraham Rezex and/or Innovative Metal & Recovery Solutions LLC, including but not limited to any and all depository accounts held in the name of or for the benefit of Abraham Rezex and/or Innovative Metal & Recovery Solutions LLC and, including any income or debts due to Abraham Rezex and/or Innovative Metal & Recovery Solutions LLC, and any other property of whatever type belonging to Abraham Rezex and/or Innovative Metal & Recovery Solutions LLC individually or jointly with any other person or entity, which is in your custody or control, and which is subject to garnishment.

INSTRUCTIONS:   You are to answer interrogatories UNDER OATH within ten (10) days after the return date of the writ and mail the ORIGINAL to:

        Clerk, United States Bankruptcy Court
        Melvin Price Federal Courthouse
        750 Missouri Ave.
        East St. Louis, IL 62201
        (618) 482-9400

and a COPY to the attorney for the Order Creditor listed below.

Stephen J. O'Brien, #6319974
DENTONS US LLP
Hanley Corporate Tower
101 S. Hanley, Suite 600
St. Louis, MO 63105
Telephone: (314) 259-5904
stephen.obrien@dentons.com

*Attorney for ECG Recycling, LLC and ECG Chemetco Claim Holder LLC*

Comes now ECG Recycling, LLC ("ECG Recycling") and ECG Chemetco Claim Holder, LLC ("ECG Claim Holder" and collectively with ECG Recycling ("ECG")) pursuant to Rule 7069 of the Federal Rules of Bankruptcy Procedure and exhibits the following interrogatories to be answered by the Garnishee, under oath, within ten (10) days of the returnable date.

1.  At the time of service of the garnishment, had you, or have you since that time had, or have you now in your possession, custody, or charge, any goods chattels, monies, credits or effects belonging to the Abraham Rezex and/or Innovative Metal & Recovery Solutions LLC, individually or jointly with any other person or entity? If so, state what they were or are, their value, and identify each joint or co-owner, and attach copies of any documents reflecting the identity and/or ownership of any such goods, chattels, monies, credits or effects to your answer.

Answer:

2.  At the time of service of the garnishment, were you, or have you since become, or are you now in any way, indebted to Abraham Rezex and/or Innovative Metal & Recovery Solutions LLC? If your answer is "yes," state to what extent and in what manner the debt accrued, and if evidenced by any instrument in writing, describe the same and state what has become of the same and under whose custody it is held, and attach a copy of this instrument to your answer.

Answer:

3. At the time you were summoned as Garnishee, or since that time, have you become, or are you now bound under any contracts to pay Abraham Rezex and/or Innovative Metal & Recovery Solutions LLC, directly or to any other party on account of Abraham Rezex and/or Innovative Metal & Recovery Solutions LLC, any monies which are not yet due? If your answer is "yes," state the nature of said contract, the names of the contracting parties, the amount of money to become due thereunder, when the same was or is due and payable, exactly to whom the money is due and attach a copy of said contract to your answer.

<u>Answer</u>:

4. Have you paid to Abraham Rezex and/or Innovative Metal & Recovery Solutions LLC or to anyone acting as his agent, or to anyone in his behalf, or to anyone on account of Abraham Rezex and/or Innovative Metal & Recovery Solutions LLC any money, property or effects since the time the garnishment summons herein was served on you? If your answer is "yes," state when the same was paid, the amount and nature of said payment and to whom it was paid, in what capacity the recipient received it and if paid under the terms of a contract, attach a copy of said contract.

<u>Answer</u>:

Dated: September 9, 2024

Respectfully submitted,

<u>/s/ Stephen J. O'Brien</u>
Stephen J. O'Brien, #6319974
Dentons US LLP
Hanley Corporate Tower
101 S. Hanley, Suite 600
St. Louis, MO 63105
(314) 241-1800
stephen.obrien@dentons.com

Robert E. Richards (Admitted Pro Hac Vice)
Dentons US LLP
233 South Wacker Drive, Suite 5900

Chicago, IL 60606
(312) 876-8000
robert.richards@dentons.com

*Attorneys for ECG Recycling, LLC and ECG Chemetco Claim Holder LLC*

ATTESTATION TO BE COMPLETED BY GARNISHEE

STATE OF _____    )
                                          ) SS.
COUNTY OF _____  )

_____, being first duly sworn and upon oath, states that the foregoing answers to Interrogatories are true and correct to the best of his knowledge, information and belief.

By:_____

Subscribed and sworn to before me this \_\_\_\_\_ day of _____, _____.

_____
Notary Public

My commission expires:

_____

127770617\V-2