**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: | ) | IN CHAPTER 7 PROCEEDINGS |
| | ) | |
| CHEMETCO INC., | ) | BK 01-34066 |
| | ) | |
| Debtor. | ) | |

## <u>DECLARATION OF ROBERT E. RICHARDS</u>

1.      I am a Partner with the law firm of Denton US LLP ("Dentons").

2.      My firm represents ECG Recycling, LLC ("ECG Recycling") and ECG Chemetco Claim Holder, LLC ("ECG Claim Holder" and collectively with ECG Recycling ("ECG")).

3.      This declaration is based upon my personal knowledge, and I am competent to testify to each fact set forth herein.

4.      Exhibits 1-3 attached hereto are true and accurate copies of emails I received from counsel for the Trustee on July 25, 2024, July 27, 2024, and July 29, 2024.  Each contains emails from Jared Walther, who ECG understood to be the funding source for the IMARS Parties, to counsel for the Trustee and to counsel for the IMARS Parties that the Trustee was providing to me to keep me informed of the status of the Trustee and the IMARS Parties' efforts to fund and close a transaction to effectuate the Compromise and Settlement.

5.      Exhibit 4 is a true and accurate copy of an email I received on July 31, 2024 from counsel for the Trustee, indicating his understanding, based on a communication of Spencer Desai, counsel for the IMARS Parties, that payroll for the Estate was recently funded.

6.      On August 5, 2024, I participated in a telephone call with Robert Eggmann, the Trustee's counsel, who relayed an August 1, 2024 telephone conversation he had with counsel for the IMARS Parties, Spencer Desai, and the IMARS Parties' lender, Jared Walther, and that

based on that call the parties aiming to close on Wednesday, August 7, 2024, but Eggmann acknowledged he had not seen evidence of funding yet.

7.      On an August 7, 2024 call, counsel Spencer Desai confirmed to me and Stephen O'Brien that the IMARS Parties did not intend to pay a per diem payment prior to this Court's August 8, 2024 status conference, would only be paid at closing, and that a closing could be anytime now but that Desai had not seen funding or set a firm closing date.

8.      We had a follow up conference with Spencer Desai on August 21, 2024, but nothing was resolved in that call.

9.      Exhibit 5 is true and accurate copy of an email I received from Spencer Desai on August 29, 2024 requesting a follow up conversation on August 30, 2024 regarding his client's position as it related to ECG's second motion for contempt. My partner, Stephen O'Brien then had a subsequent call with Desai on August 30.  We did not reach any agreement to resolve the matter and Desai took the position that, without ECG's consent, any transaction involving the IMARS Parties could no longer close, and thus no per diem amounts were due and owing to ECG after July 10, 2024. Until that point in time, ECG believed that the IMARS Parties and the Trustee were still working to complete a transaction to effectuate the Compromise and Settlement. ECG has received no information since that time whether or not the IMARS Parties are still working to close a transaction and working with potential financing sources for a transaction or whether the Trustee and the IMARS Parties have stopped all efforts.

I declare under penalty of perjury, under the laws of the United States that the foregoing is true, correct, and complete according to the best knowledge, information, and belief.

_____
**Robert E. Richards**

2

128035234

**O'Brien, Stephen J.**

---

**From:** Richards, Robert E.
**Sent:** Friday, July 26, 2024 1:33 PM
**To:** Robert E. Eggmann <ree@carmodymacdonald.com>
**Cc:** Don <donsam1947@gmail.com>; Thomas H. Riske <thr@carmodymacdonald.com>
**Subject:** RE: Chemetco Closing

Any further updates from Rezex/Jerod.

The EMR trial went well.  I can update you more on that when we speak.

Robert E. Richards
Global Chair, Restructuring, Insolvency & Bankruptcy

&#9094; +1 312 876 7396   |   &#9993; +1 630 235 2470
Chicago

**From:** Robert E. Eggmann <ree@carmodymacdonald.com>
**Sent:** Thursday, July 25, 2024 8:08 PM
**To:** Richards, Robert E. <robert.richards@dentons.com>
**Cc:** Don <donsam1947@gmail.com>; Thomas H. Riske <thr@carmodymacdonald.com>
**Subject:** FW: Chemetco Closing

[WARNING: EXTERNAL SENDER]

Bob,

As per my voicemail, this is the latest update from Jared.  Please note that this email came in after I left you the voicemail indicating that I had not heard from Jared today.

Rob



**Robert E. Eggmann**
Principal • Carmody MacDonald P.C.

Link to Bio

120 S. Central Ave., Ste. 1800
St. Louis, Missouri 63105
**Main**: 314.854.8600 | **Direct**: 314.854.8638
**Email**: ree@carmodymacdonald.com

www.carmodymacdonald.com

1

**EXHIBIT**

1

Member of MERITAS Law Firms Worldwide

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

**From:** Jared Walther <jtwalther@jtwalthercapital.com>
**Sent:** Thursday, July 25, 2024 6:33 PM
**To:** Robert E. Eggmann <ree@carmodymacdonald.com>
**Cc:** Spencer P. Desai (spd@desailawfirmllc.com) <spd@desailawfirmllc.com>; Kimberly Isner Monticello (kim@monticellolawfirm.com) <kim@monticellolawfirm.com>; Abraham Rezex <abraham@imarsolutions.com>; Don <donsam1947@gmail.com>; Thomas H. Riske <thr@carmodymacdonald.com>
**Subject:** Re: Chemetco Closing

Hi Robert and Thomas,

Just got the update that everything looks good for paperwork, will be receiving the ledger statement Friday afternoon or Saturday morning.  They are completing the transaction tomorrow and will keep you updated to make sure everything sticks to the plan.  Final paperwork may arrive to me on Saturday morning if it runs long on Friday.

I will email you tomorrow regardless and keep you posted and send the PDF with the ledger statement.  There will be more money in the account that what is necessary for this transaction, as we have several concurrent projects in progress.

Thanks,

Jared

> On Jul 24, 2024, at 5:39 PM, Robert E. Eggmann <ree@carmodymacdonald.com> wrote:
>
> Jared,
>
> Thank you for the update.  Please email again tomorrow to provide an update as to whether proof of funds will be available.
>
> I will be out of the office Friday afternoon and all of next week so I am including my partner Tom Riske on this email.  I believe that you and Tom have met in the past.
>
> Rob

<carmody_macdonald_navy_logo_tagline_8f4e36ec-eaf2-49a2-a851-930ffbea4cfd.png>

**Robert E. Eggmann**
Principal • Carmody MacDonald P.C.

Link to Bio

120 S. Central Ave., Ste. 1800
St. Louis, Missouri 63105

Main: 314.854.8600 | Direct: 314.854.8638
Email: ree@carmodymacdonald.com

**www.carmodymacdonald.com**

Member of MERITAS Law Firms Worldwide

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

**From:** Jared Walther <jtwalther@jtwalthercapital.com>
**Sent:** Wednesday, July 24, 2024 3:58 PM
**To:** Robert E. Eggmann <ree@carmodymacdonald.com>
**Cc:** Jared Walther <jtwalther@jtwalthercapital.com>; Spencer P. Desai (spd@desailawfirmllc.com) <spd@desailawfirmllc.com>; Kimberly Isner Monticello (kim@monticellolawfirm.com) <kim@monticellolawfirm.com>; Abraham Rezex <abraham@imarsolutions.com>; Don <donsam1947@gmail.com>
**Subject:** Re: Chemetco Closing

Hi Robert,

I just wrapped up a call with our team and wanted to provide a quick update. We're expecting the Proof of Funds (POF) by this Friday at the latest, and possibly as early as Thursday afternoon (tomorrow) . As soon as I receive it, I'll share it with you via this email chain for your review.

Once we have the POF in hand, our next steps will be:

1. Our lawyer will review all of our draft contracts from Abraham and I and all other outstanding contracts (outside of court)
2. Once approved, we will sign all contracts
3. From my understanding you will handle all court issues and direct funds with banking coordinates
4. At that point all money will be wired and we will close this deal out.

I'll keep you posted on our progress.

Best Regards,

Jared Walther

**O'Brien, Stephen J.**

---

**From:** Robert E. Eggmann <ree@carmodymacdonald.com>
**Sent:** Saturday, July 27, 2024 12:07 PM
**To:** Richards, Robert E. <robert.richards@dentons.com>
**Cc:** Don <donsam1947@gmail.com>
**Subject:** FW: Chemetco Closing

[WARNING: EXTERNAL SENDER]

Here is the latest update.  Same as the previous update.

Let me know if we can catch up Monday about the sampling.

Rob



|  | **Robert E. Eggmann** |
|---|---|
| | Principal • Carmody MacDonald P.C. |
| | |
| | Link to Bio |
| | |
| | 120 S. Central Ave , Ste. 1800 |
| | St. Louis, Missouri 63105 |
| | **Main**: 314.854.8600 \| **Direct**: 314.854.8638 |
| | **Email**: ree@carmodymacdonald.com |
| | |
| | **www.carmodymacdonald.com** |

Member of MERITAS Law Firms Worldwide

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

**From:** Jared Walther <jtwalther@jtwalthercapital.com>
**Sent:** Friday, July 26, 2024 3:38 PM
**To:** Robert E. Eggmann <ree@carmodymacdonald.com>
**Cc:** Spencer P. Desai (spd@desailawfirmllc.com) <spd@desailawfirmllc.com>; Kimberly Isner Monticello (kim@monticellolawfirm.com) <kim@monticellolawfirm.com>; Abraham Rezex <abraham@imarsolutions.com>; Don <donsam1947@gmail.com>; Thomas H. Riske <thr@carmodymacdonald.com>
**Subject:** Re: Chemetco Closing

Hi

The bankers are in process of putting the deposit on the books. They have not finished yet, but I will send the ledger update as soon as I have it. They are working on it as we speak. They have committed to getting it done and even if it goes till tomorrow, they will still work on it and get it done.

EXHIBIT
2

Thanks,
Jared
Sent from my iPhone

**O'Brien, Stephen J.**

**From:** Robert E. Eggmann <ree@carmodymacdonald.com>
**Sent:** Monday, July 29, 2024 10:53 AM
**To:** Richards, Robert E. <robert.richards@dentons.com>
**Cc:** Don <donsam1947@gmail.com>
**Subject:** FW: Chemetco Closing

[WARNING: EXTERNAL SENDER]

Bob,

According to Jared, the plan is to fund into his lawyers trust account.

Rob



**Robert E. Eggmann**
Principal • Carmody MacDonald P.C.

Link to Bio

120 S. Central Ave., Ste. 1800
St. Louis, Missouri 63105
**Main:** 314.854.8600 | **Direct:** 314.854.8638
**Email:** ree@carmodymacdonald.com

**www.carmodymacdonald.com**

Member of MERITAS Law Firms Worldwide

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

**From:** Jared Walther <jtwalther@jtwalthercapital.com>
**Sent:** Monday, July 29, 2024 10:50 AM
**To:** Robert E. Eggmann <ree@carmodymacdonald.com>
**Cc:** Spencer P. Desai (spd@desailawfirmllc.com) <spd@desailawfirmllc.com>; Kimberly Isner Monticello (kim@monticellolawfirm.com) <kim@monticellolawfirm.com>; Abraham Rezex <abraham@imarsolutions.com>; Don <donsam1947@gmail.com>; Thomas H. Riske <thr@carmodymacdonald.com>
**Subject:** Re: Chemetco Closing

Hi and good morning,
I'm expecting the wire confirmation in the lawyers letter today. Will keep you posted.
Sent from my iPhone

EXHIBIT
3

On Jul 28, 2024, at 3:00 PM, Robert E. Eggmann <ree@carmodymacdonald.com> wrote:

Thanks. So when will closing take place?

<carmody_macdonald_navy_logo_tagline_8f4e36ec-eaf2-49a2-a851-930ffbea4cfd.png>

**Robert E. Eggmann**
Principal • Carmody MacDonald P.C.

Link to Bio

120 S. Central Ave., Ste. 1800
St. Louis, Missouri 63105
**Main**: 314.854.8600 | **Direct**: 314.854.8638
**Email**: ree@carmodymacdonald.com

**www.carmodymacdonald.com**

Member of MERITAS Law Firms Worldwide

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

**From:** Jared Walther <jtwalther@jtwalthercapital.com>
**Sent:** Saturday, July 27, 2024 8:51 PM
**To:** Robert E. Eggmann <ree@carmodymacdonald.com>
**Cc:** Jared Walther <jtwalther@jtwalthercapital.com>; Spencer P. Desai (spd@desailawfirmllc.com) <spd@desailawfirmllc.com>; Kimberly Isner Monticello (kim@monticellolawfirm.com) <kim@monticellolawfirm.com>; Abraham Rezex <abraham@imarsolutions.com>; Don <donsam1947@gmail.com>; Thomas H. Riske <thr@carmodymacdonald.com>
**Subject:** Re: Chemetco Closing

HI Rob,

Yes we have received word the wire with the lawyer letter validating the amount will be ready for as at the start of the week.

Thanks,

Jared

**O'Brien, Stephen J.**

---

**From:** Thomas H. Riske <thr@carmodymacdonald.com>
**Sent:** Wednesday, July 31, 2024 1:24 PM
**To:** Richards, Robert E. <robert.richards@dentons.com>; Robert E. Eggmann <ree@carmodymacdonald.com>; Donald M. Samson (dnldsamson@gmail.com) <donsam1947@gmail.com>
**Subject:** RE: Chemetco

[WARNING: EXTERNAL SENDER]

I just called Spencer to confirm the email traffic I saw about funding payroll and he indicates yes that has been funded.

On general updates, last I saw was us following up with Jared this morning after his email of last night where he indicated that he expected the confirmation paperwork shortly and would be forwarding to us so we can do closing documents. Will let you know as soon as he responds.



**Thomas H. Riske**
Principal • Carmody MacDonald P.C.

Link to Bio

120 S. Central Ave., Suite 1800
St. Louis, Missouri 63105
**Main**: 314.854.8600 | **Direct**: 314.854.8716
**Email**: thr@carmodymacdonald.com

**www.carmodymacdonald.com**

Member of MERITAS Law Firms Worldwide

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

**From:** Richards, Robert E. <robert.richards@dentons.com>
**Sent:** Wednesday, July 31, 2024 12:36 PM
**To:** Robert E. Eggmann <ree@carmodymacdonald.com>; Thomas H. Riske <thr@carmodymacdonald.com>; Donald M. Samson (dnldsamson@gmail.com) <donsam1947@gmail.com>
**Subject:** Chemetco

Any updates on your end.  Is anyone funding payroll on Friday?

I tried Rob's line but sounds like he is out until Monday.

Robert E. Richards

> EXHIBIT
> 4

Global Chair, Restructuring, Insolvency & Bankruptcy

+1 312 876 7396   |   +1 630 235 2470
robert.richards@dentons.com   |   Bio   |   Website
Dentons US LLP | 233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6361

**DENTONS**

Our Legacy Firms   |   Client Experience (CX)

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege  If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

## O'Brien, Stephen J.

| | |
|---|---|
| **From:** | Spencer Desai <spd@DESAILAWFIRMLLC.COM> |
| **Sent:** | Thursday, August 29, 2024 5:22 PM |
| **To:** | O'Brien, Stephen J. |
| **Cc:** | Richards, Robert E. |
| **Subject:** | RE: Rezex/IMARS and the ECG motion for contempt |

[WARNING: EXTERNAL SENDER]

Stephen,

Sorry for the delayed response.  I was waiting to hear back from my client.  Let me know if you are free tomorrow for a call.

**Spencer P. Desai**
The Desai Law Firm LLC
13321 North Outer Forty Road
Suite 300
St. Louis, Missouri 63017
Office: 314-666-9781 Cell: 314-497-2164



This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient and The Desai Law Firm LLC. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (spd@desailawfirmllc.com) or by telephone (314-666-9781) and promptly destroy the original transmission and its attachments.

**From:** O'Brien, Stephen J. <stephen.obrien@dentons.com>
**Sent:** Wednesday, August 28, 2024 10:58 AM
**To:** Spencer Desai <spd@DESAILAWFIRMLLC.COM>
**Cc:** Richards, Robert E. <robert.richards@dentons.com>
**Subject:** Rezex/IMARS and the ECG motion for contempt

Spencer – are there any updates regarding your clients' position?  If we need another telephone conference before the holiday, I'm available. But I'd like to know your clients' position on the questions we previously raised with you.


Stephen J. O'Brien

℗ +1 314 259 5904
stephen.obrien@dentons.com    |    Bio    |    Website
Dentons US LLP



Our Legacy Firms   |   Client Experience (CX)

**EXHIBIT**

**5**

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.